FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER M. H.,[1] | |
| Plaintiff, | No. 1:25-CV-03225-SAB |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER GRANTING MOTION** |
| | **FOR STIPULATED REMAND** |
| Defendant. | |

Before the Court is the parties' Motion for a Stipulated Remand, ECF No. 18. Plaintiff is represented by D. James Tree. The Commissioner is represented by David Burdett and Joseph Derrig.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for a Stipulated Remand, ECF No. 18, is **GRANTED**.

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING MOTION FOR STIPULATED REMAND ~ 1**

2. The decision of the Commissioner is reversed and remanded. On remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to offer the claimant an opportunity for a hearing; reevaluate the medical opinions and prior administrative medical findings; reevaluate the claimant's maximum residual functional capacity; obtain supplemental vocational expert evidence; take any further action needed to complete the administrative record; and issue a new decision.

3. The parties agree that Plaintiff may be entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 5th day of May 2026.

Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR STIPULATED REMAND** ~ 2