AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 05, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHRISTOPHER M. H. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |

Civil Action No.   1:25-CV-03225-SAB

COMMISSIONER OF SOCIAL SECURITY
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The parties' Motion for a Stipulated Remand, ECF No. 18, is GRANTED. The decision of the Commissioner is reversed and remanded.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Stan Bastian

Date:   5/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*